*1172 ante, p. 839;
ante, p. 865;
ante, p. 1054;
ante, p. 1070;
ante, p. 885;
ante, p. 936;
ante, p. 950;
ante, p. 968;
ante, p. 807;
ante, p. 960;
ante, p. 984;
ante, p. 1005;
ante, p. 1005;
ante, p. 1006;
ante, p. 985;
ante, p. 1021;
ante, p. 1021;
ante, p. 1022;
ante, p. 1022;
ante, p. 1023;
ante, p. 960;
ante, p. 988;
*1173 No. 98-6387.
No. 98-6466.
No. 98-6482.
No. 98-6549.
No. 98-6629.
No. 98-6643.
No. 98-6671.
No. 98-6736.
No. 98-6737.
No. 98-6754.
No. 98-6795.
No. 98-6808.
ante, p. 1026;
ante, p. 1044;
ante, p. 1074;
ante, p. 1075;
ante, p. 1031;
ante, p. 1045;
ante, p. 1032;
ante, p. 1079;
ante, p. 1079;
ante, p. 1080;
ante, p. 1048; and
ante, p. 1081. Petitions for rehearing denied.